**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 24-6070**

—————————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

BYRON MITCHELL,

    Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge.  (8:11-cr-00525-PJM-1)

—————————

Submitted:  July 30, 2024         Decided:  August 2, 2024

—————————

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Byron Mitchell, Appellant Pro Se.  Christopher Michael Sarma, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Byron Mitchell appeals the district court's order denying his motion for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Mitchell's motion. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Mitchell*, No. 8:11-cr-00525-PJM-1 (D. Md. Jan. 11, 2024). We deny Mitchell's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*